IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WILLIE MARION LANHAM,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-246 (MTT) |
| **JERRY SULLIVAN,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

Defendants have moved to bifurcate the issues of liability and damages claiming "[t]his is not a typical auto wreck case." Doc. 71. This is true only in the sense that the wreck involved trucks rather than automobiles. It is a routine wreck case. Nothing about the issues of liability or damages suggests any reason to burden the Court, the parties, and the jury with a bifurcated trial. While a defense verdict would in hindsight suggest that a jury did not have to hear medical testimony, and the Court must be diligent to ensure the jury's decisions are based on the facts and the law and not prejudice or sympathy. That is true in any wreck case.

Accordingly, the Defendants' motion to bifurcate is **DENIED**.

**SO ORDERED,** this 7th day of March, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT